# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

SANDRA LEA BENEDICT,

    Plaintiff,

    v.

EAU CLAIRE AREA SCHOOL DISTRICT,
EAU CLAIRE ASSOCIATION OF EDUCATORS and
WISCONSIN EDUCATION ASSOCIATION COUNCIL,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-667-slc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin

by Deputy Clerk

_____2/5/09_____
Date