IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SANDRA LEA BENEDICT,

                                     ORDER

        Plaintiff,

                                    08-cv-667-slc

    v.

EAU CLAIRE AREA SCHOOL DISTRICT,
EAU CLAIRE ASSOCIATION OF EDUCATORS and
WISCONSIN EDUCATION ASSOCIATION COUNCIL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Plaintiff's "Motion for Judicial Enforcement of Title II," dkt. #27, and Plaintiff's "Motion for Investigative Jurisdiction," dkt. #28, are DENIED.

Entered this 9th day of March, 2009.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge